UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV13-07614-DOC (AS) | Date | December 6, 2013 |
|---|---|---|---|
| Title | Irene Marie Cabrera v. Carolyn W Colvin | | |

| Present: The Honorable | Alka Sagar, United States Magistrate Judge | |
|---|---|---|
| Alma Felix | | N/A |
| Deputy Clerk | | Court Reporter / Recorder |
| Attorneys Present for Petitioner: | | Attorneys Present for Respondent: |
| N/A | | N/A |

**Proceedings:**   **(IN CHAMBERS)** ORDER TO SHOW CAUSE

   On October 22, 2013, Plaintiff Irene Marie Cabrera filed a Complaint seeking judicial review of a decision of the Commissioner of Social Security, pursuant to 42 U.S.C. § 405(g) and 28 U.S.C. § 1361 (Docket Entry No. 3). Also on that date, the Court granted Plaintiff's Request to Proceed In Forma Pauperis (Docket Entry No. 2). On October 24, 2013, the Court issued an Order Re: Procedures in Social Security Case ("CMO") (Docket Entry No. 7).

   The Court ORDERS Plaintiff to promptly serve the Summons and Complaint on the government in accordance with Rule 4(i) of the Federal Rules of Civil Procedure. Plaintiff will file an appropriate Proof of Service within fourteen (14) days of the date of this Order. All other deadlines of the CMO remain in effect.

|   |   | 0 | : | 00 |
|---|---|---|---|---|
|   | Initials of Preparer |   |   | AF |