1
2
3
4
5
6
7
8                          **UNITED STATES DISTRICT COURT**

9                          **CENTRAL DISTRICT OF CALIFORNIA**

10
11   IRENE MARIE CABRERA,              ) No. CV 13-7614-AS
                                       )
12                     Plaintiff,      ) **JUDGMENT**
              v.                       )
13                                     )
     CAROLYN W. COLVIN,                )
14   Acting Commissioner of the        )
     Social Security Administration,   )
15                                     )
                                       )
16                     Defendant.      )
                                       )
17
18        IT IS ADJUDGED that this action is DISMISSED with prejudice.

19
20   Dated: January 2, 2015.

21                                    _/s/_____
                                      ALKA SAGAR
22                                    UNITED STATES MAGISTRATE JUDGE

23
24
25
26
27
                                       1
28